In the Matter of MARIAH A. and Another, Children Alleged to be Abandoned. HUGO A., Appellant; THE CHILDREN'S AID SOCIETY, Respondent.

Submitted October 21, 2013; decided November 26, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

RUSSIAN AMERICAN FOUNDATION, INC., et al., Appellants, v DAILY NEWS, L.P., et al., Respondents.

Submitted November 4, 2013; decided November 26, 2013

Motion by Dr. Maria (Maki) Haberfeld et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of JOSEPH SADOWSKI, Appellant, v JOHN J. GALASSO, Respondent.

Submitted October 21, 2013; decided November 26, 2013

Motion for leave to appeal denied. Motion for a stay dismissed as academic.